THE STATE OF OHIO, APPELLEE, *v.* DURR, APPELLANT.

[Cite as *State v. Durr* (1994), 71 Ohio St.3d 395.]

(No. 94–1820—Submitted October 24, 1994—Decided December 30, 1994.)

*Stephanie Tubbs Jones,* Cuyahoga County Prosecuting Attorney, and *Carmen M. Marino,* Assistant Prosecuting Attorney, for appellee.

*David H. Bodiker,* Ohio Public Defender, *William S. Lazarow* and *Randy D. Ashburn,* for appellant.

---

*Per Curiam.* The decision of the court of appeals is affirmed for the reasons stated in its opinion.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

WRIGHT, J., dissents.